UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

### TRUSTEE'S SUPPLEMENTAL REPORT

CASE NO.:  17-58994-LRC

DEBTORS:  GEORGE ELSWORTH GREENE, SR
BRENDA DEVALOIS GREENE

At the hearing on Confirmation held on November 2, 2017, Trustee requested that the hearing be reset to December 18, 2017.  However, Trustee also announced an agreement that if Debtors failed to provide proof of October 2017 through November 2017 post-petition mortgage payment(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtors have failed to provide proof of October 2017 through November 2017 post-petition mortgage payment(s).

Please enter an Order of Dismissal.

Dated:  This the _21_ day of November, 2017.

_____
William A. Bozarth,
Attorney for the Chapter 13 Trustee
GA Bar No. 940530

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia   30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| George Elsworth Greene, Sr and | ) | |
| | ) | CASE NO.: 17-58994-LRC |
| Brenda Devalois Greene, | ) | |
| | ) | |
| DEBTORS. | ) | |

17-58994-LRC  **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

George Elsworth Greene, Sr
Brenda Devalois Greene
2703 Laurel View Drive
Snellville, GA  30039

DEBTOR(S) ATTORNEY:

SLIPAKOFF & SLOMKA, PC
OVERLOOK III, SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

November 21, 2017

/s/ _____
William A. Bozarth
GA Bar No. 940530
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450